UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20713-CR-ALTONAGA/GOODMAN

UNITED STATES OF AMERICA,

v.

MYRON GUSHLAK and
YELENA FURMAN,

    Defendants.
_____/

## NOTICE OF RELATED ACTION

    The United States of America respectfully files this Notice of Related Action, pursuant to Rule 3.8, Local Rules of the United States District Court for the Southern District of Florida, and as described in Section 2.15.00 of the Court's Internal Operating Procedures, to apprise the Court of a similar action that was filed on December 14, 2017 that is related to this matter, *United States v. John Ahearn and Andrew H. Wilson*, Case No. 17-20883-CR-KMW. The factual allegations of this case have substantial overlap with the factual allegations set forth in *Ahearn-Wilson*, as Defendant Myron Gushlak is referenced by name as a co-conspirator in the criminal information in *Ahearn-Wilson*, and certain financial transactions referenced in the *Ahearn-Wilson* matter involve the same transaction or set of transactions that form the basis of charges against Defendants Myron Gushlak and Yelena Furman as in this case. Andrew H. Wilson, who was a licensed attorney, is charged with executing false opinion letters to further the securities fraud scheme, in relation to the Entertainment Art, Inc. ("EERT") set of transactions referenced in this case. John Ahearn was a stock transfer agent and provided certain services for the EERT case.

Previously, the United States notified the Court that the following similar matters have been filed in this District: *United States v. James M. Schneider*, Case No. 17-20712-CR-FAM; *United States v. Daniel McKelvey and Jeffrey Lamson*, Case No. 16-20546-CR-RNS; *United States v. Steven Sanders and Alvin Mirman*, Case No. 16-20572-CR-CMA; *United States v. Sheldon Rose and Ian Kass*, Case No. 16-20706-CR-JEM; and, *United States v. David Lubin*, Case No. 17-20508-CR-MGC.

The United States apprises the Court as to the filing of a similar action pursuant to the requirements of Local Rule 3.8, and otherwise takes no position as to whether the matters should be heard by the same presiding judge.

Dated: December 14, 2017

                Respectfully submitted,

                RANDY A. HUMMEL
                ATTORNEY FOR THE UNITED STATES,
                ACTING UNDER AUTHORITY
                CONFERRED BY 28 U.S.C. § 515

By:   *s/ Jerrob Duffy*
       Jerrob Duffy
       Assistant United States Attorney
       Court No. A5501106
       Jerrob.Duffy@usdoj.gov
       United States Attorney's Office
       Southern District of Florida
       99 Northeast 4th Street
       Miami, Florida 33132-2111
       Tel: (305) 961-9273
       Fax: (305) 530-6168

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was served by filing via the same via the Court's CM/ECF filing system, and via e-mail on all counsel or parties of record on the Service List below.

                                                *s/ Jerrob Duffy*
                                                Assistant United States Attorney

## SERVICE LIST

Joel Hirschhorn, Esq.
Gray Robinson, P.A.
333 SE 2nd Avenue, Suite 3200
Miami, Florida 33131
Telephone: (305) 416-6880
Fax: (305) 416-6887
joel.hirschhorn@gray-robinson.com

Greg W. Kehoe, Esq.
Greenberg Traurig, P.A.
101 East Kennedy Boulevard, Suite 1900
Tampa, Florida 33602
Telephone: (813) 318-5732
Fax: (813) 318-5923
KehoeG@gtlaw.com

Mark Schnapp, Esq.
Greenberg Traurig LLP
333 SE 2nd Avenue
Miami, FL 33131
schnappm@gtlaw.com

*Counsel for Defendant Yelena Furman*