UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20713-CR-ALTONAGA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MYRON GUSHLAK and
YELENA FURMAN,
    a/k/a "ELENA FURMAN,"

        Defendants.
_____/

## NOTICE OF APPEARANCE

    The United States of America, by and through the undersigned, Assistant United States Attorney Peter Laserna, hereby files this Notice of Appearance for the purpose of addressing asset forfeiture matters in this case.

                                      Respectfully submitted,

                                      ARIANA FAJARDO ORSHAN
                                    UNITED STATES ATTORNEY

               By:    */s/ Peter Laserna*
                        Peter Laserna
                        Assistant United States Attorney
                        Court ID No. A5502555
                        peter.laserna@usdoj.gov
                        U.S. Attorney's Office
                        99 Northeast Fourth Street, 7th Floor
                        Miami, Florida 33132-2111
                        Telephone: (305) 961-9030
                        Facsimile: (305) 536-4089

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 30, 2019, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.

/s/ *Peter Laserna*
Peter Laserna
Assistant United States Attorney