UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20713-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**MYRON GUSHLAK**,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation on Change of Plea, entered on March 3, 2025 [ECF No. 111]. On March 4, 2025, the Government and Defendant, Myron Gushlak, filed Notices of Non-Objection [ECF Nos. 113 and 114]. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 111]** is **AFFIRMED AND ADOPTED**, and Defendant, Myron Gushlak's change of plea is accepted.

**DONE AND ORDERED** in Miami, Florida, this 5th day of March, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
       Magistrate Judge Lisette M. Reid