**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO. 17-CR-20713 ALTONAGA / GOODMAN

UNITED STATES OF AMERICA,

v.

MYRON GUSHLAK and YELENA
 FURMAN a/k/a "ELENA FURMAN,"

    Defendants.
    _____/

**JOINT MOTION TO RECONSIDER MYRON GUSHLAK'S UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**

    Assistant United States Attorney Manolo Reboso and Counsel for Defendant Myron Gushlak ("Gushlak"), jointly request the Court Reconsider its April 1, 2025, Order continuing the sentencing date. Defendant Gushlak, through undersigned counsel filed a Motion on April 1, 2025, pursuant to S.D. Fla. L.R. 7.6. In support of that Motion, the Counsel for Defendant Gushlak did not provide specific details regarding the dates of the scheduled family trip [D.E. 117]. The Undersigned has a family trip to visit his in-laws overseas from May 17, 2025, and returning on June 22, 2025. The Undersigned apologizes to the Court for not being specific. Additionally, on April 1, 2025, the Court issued its Order, granting the Motion, in part, and setting the Sentencing for May 30, 2025 [D.E. 118]. Upon setting the new date, Mr. Reboso notified Counsel for Defendant Gushlak, he has a family obligation on that date, May 30th. Therefore, the Parties jointly request the Court to reconsider its previous Order and continue sentencing to any date after June 22, 2025. However, if that cont

inuance is too long for the Court, the counsel for Mr. Gushlak will travel back, but at the very least, the Parties would request that the Court reconsider the May 30th date.

### Certificate of Pre-filing Conferral

Pursuant to Local Rule 7.1(a)(3), we hereby certify that counsel for both Parties have conferred and indicate that they file this Motion jointly.

Respectfully Submitted,

**STUMPHAUZER KOLAYA NADLER & SLOMAN, PLLC**
Two South Biscayne Boulevard, Suite 1600
One Biscayne Tower
Miami, FL 33131
Telephone: (305) 614-1400
Facsimile: (305) 614-1425

By:  */s/ Michael B. Nadler*
Michael B. Nadler
Fla. Bar No. 0051264
mnadler@sknlaw.com
Francis D. Murray
Fla. Bar. No. 0108567
fmurray@sknlaw.com
*Attorneys for Defendant Myron Gushlak.*

### CERTIFICATE OF SERVICE

I certify that on this 29th day of April, 2025, I electronically filed this document with the Clerk of the Court using CM/ECF, causing a copy to be served on counsel of record.

*/s/ Michael B. Nadler*
Michael B. Nadler