UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20713-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**MYRON GUSHLAK**,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court on the Joint Motion to Reconsider Myron Gushlak's Unopposed Motion to Continue Sentencing [ECF No. 120]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED in part**. Defendant's sentencing hearing is reset to May 16, 2025 at 10:30 a.m.

**DONE AND ORDERED** in Miami, Florida, this 29th day of April, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record