**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 17-CR-20713-ALTONAGA

UNITED STATES OF AMERICA,
          Plaintiff,

v.

MYRON GUSHLAK,
          Defendant.

---

### MOTION FOR TELEPHONIC HEARING TO ADDRESS SENTENCING HEARING SCHEDULING

Myron Gushlak ("Mr. Gushlak"), through undersigned counsel, respectfully requests that the Court set a brief telephonic hearing to address ongoing scheduling issues related to his sentencing. In support of this request, Mr. Gushlak states:

1. On April 1, 2025, Mr. Gushlak filed an unopposed motion to continue the sentencing hearing then set for May 22, 2025, requesting a new date in late June or early July. [ECF No. 117].

2. On April 2, 2025, the Court granted the motion in part and reset sentencing to May 30, 2025. [ECF No. 118].

3. On April 29, 2025, the parties filed a joint a motion for reconsideration of the prior request, [ECF No. 120], explaining that lead counsel, Michael Nadler, Esq. had extensive travel obligations, including an overseas family trip beginning May 17, 2025.

4. Later that same day, the Court granted the motion in part and advanced the sentencing hearing to May 16, 2025, at 10:30 a.m. [ECF No. 121].

5. On April 24, 2025, the United States Probation Office disclosed the Presentence Investigation Report ("PSI"), [ECF No. 119], which spans 53 pages. Mr. Gushlak anticipates filing extensive objections to the PSI and requires adequate time to do so in consultation with counsel.

6. Undersigned respectfully requests a telephonic hearing to explain these scheduling issues in more detail. Specifically:

   a. Lead counsel Michael Nadler is scheduled to be:

      i. In San Diego for work on May 5–6;

      ii. In New York for work on May 8–16; and

      iii. On a previously scheduled family vacation in London from May 17 to June 22.

   b. Co-counsel Francis Murray is unavailable from May 14 to May 19 due to a previously scheduled work-related conference in Santiago, Chile.

   c. Co-counsel Juan Michelen is set to begin trial in *State of Florida v. Ohad Fisherman* in Miami-Dade Circuit Court on May 12, and is likewise unavailable on May 16.

7. If the Court requires, counsel can provide documentation verifying these scheduling conflicts.

8.  Mr. Gushlak respectfully submits that a brief telephonic hearing would be helpful to the Court, allowing Mr. Gushlak to more fully explain these scheduling conflicts and the immense difficulties posed by holding the sentencing hearing as currently scheduled.

### Local Rule 7.1(b)(2) Request for Hearing

Accordingly, Mr. Gushlak respectfully requests that this Court schedule a brief, 15-minute telephonic hearing to address these matters. Counsel is available at the Court's convenience, including at any time on Thursday, April 30, 2025, or at any time on Friday, May 2, 2025 (except between 11:30 a.m. and 1:30 p.m.).

Respectfully submitted,

**STUMPHAUZER KOLAYA
NADLER & SLOMAN, PLLC**
Two South Biscayne Boulevard,
Suite 1600
One Biscayne Tower
Miami, FL 33131
Telephone: (305) 614-1400
Facsimile: (305) 614-1425

/s/ *Michael B. Nadler*
Michael B. Nadler
Fla. Bar No. 51264
mnadler@sknlaw.com

*/s/ Francis D. Murray*
Francis D. Murray
Florida Bar No. 108567
fmurray@sknlaw.com

/s/ *Juan J. Michelen*
Juan J. Michelen
Fla. Bar No. 92901
jmichelen@sknlaw.com

*Attorneys for Myron Gushlak*

## CERTIFICATE OF SERVICE

I certify that on April 30, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, causing a copy to be served on counsel of record.

/s/ *Michael B. Nadler*