### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### CASE NO. 17-CR-20713-ALTONAGA

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

MYRON GUSHLAK,
    Defendant.

_____/

**UNOPPOSED MOTION FOR RETURN OF PROPERTY**

Mr. Myron Gushlak ("Mr. Gushlak"), through undersigned counsel, and pursuant to Fed. R. Crim. P. 41(g), respectfully moves this Court for the return of personal property currently in the possession of the United States, and in support states as follows:

1. On October 10, 2017, Mr. Gushlak was indicted in this District for conspiracy to commit securities fraud, substantive securities fraud, conspiracy to commit money laundering, substantive money laundering, and obstruction of an official proceeding. [ECF No. 1].

2. On March 3, 2025, Mr. Gushlak pleaded guilty to Count Six of the Indictment, which charged him with securities fraud in violation of 18 U.S.C. § 1348. [ECF Nos. 108, 109, 110, 111].

3. On June 4, 2025, this Court sentenced Mr. Gushlak to 18 months' imprisonment and 3 years of supervised release. [ECF Nos. 133, 135].

4. At the time of Mr. Gushlak's arrest and transfer into United States custody, certain personal items—including, but not limited to, his

Canadian passport—were taken by the government. These items are believed to be in the possession of the Federal Bureau of Investigation.

5. Now that Mr. Gushlak has been sentenced, there is no longer a lawful basis for the continued retention of his personal property. The items requested, including his Canadian passport, are no longer pertinent to the criminal prosecution and should therefore be returned without delay.

6. Mr. Gushlak respectfully requests that the Court order the government to return all such property, including his Canadian passport, to his counsel, Michael B. Nadler, Esq.

7. Assistant United States Attorney Manolo Reboso does not object to this request.

**WHEREFORE,** Mr. Gushlak respectfully requests that the Court enter an order directing the government to return all personal property in its possession, including his Canadian passport, to Mr. Gushlak's counsel.

Respectfully submitted,

**STUMPHAUZER KOLAYA NADLER & SLOMAN, PLLC**
Two South Biscayne Boulevard,
Suite 1600, Miami, FL 33131
Telephone: (305) 614-1400

/s/ *Michael B. Nadler*
Michael B. Nadler
Fla. Bar No. 51264
mnalder@sknlaw.com

/s/ *Juan J. Michelen*
Juan J. Michelen
Fla. Bar No. 92901
jmichelen@sknlaw.com

/s/ *Francis Murray*
Francis Murray
Fla. Bar No. 108567
mnalder@sknlaw.com

## CERTIFICATE OF SERVICE

I HEREBY certify that on July 21, 2025, I filed the foregoing document with the Clerk of Court via CM/ECF, which will serve all counsel of record through the Notices of Electronic Filing or other authorized means for those not receiving electronic notices.

By: /s/ *Juan J. Michelen*
    Juan J. Michelen